IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD RAY McCLELLAND,  )<br>  )<br>          Plaintiff,  )<br>  )<br>     vs.  )<br>  )<br>H. SANTOS, et al.,  )<br>  )<br>          Defendants.  )<br>_____ ) | 1:06-CV-00085-OWW-WMW-P<br><br>ORDER TO SUBMIT APPLICATION TO<br>PROCEED IN FORMA PAUPERIS<br>**OR** $100 BALANCE OF FILING FEE |

        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. The filing fee for a civil complaint is $250.00. Plaintiff has paid a partial filing fee of $150.00, and the balance owed is $100.00. Plaintiff has not submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

        2. Within thirty days of the date of service of this order, plaintiff shall submit a

1

completed application to proceed in forma pauperis, or in the alternative, pay the $100.00 balance of the filing fee owed for this action.   Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:**     **March 9, 2006**                    /s/  **William M. Wunderlich**
j14hj0                                              UNITED STATES MAGISTRATE JUDGE