IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD RAY McCLELLAND,

      Plaintiff,                    1:06-CV-00085ALA P

    vs.

H. SANTOS, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff Bernard McClelland is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, Plaintiff has a reasonable opportunity to prevail on the merits of this action.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Service is appropriate for the following defendants:

          a. H. Santos

          b. M. Taylor

          c. T. Traynham

      2. The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed January 27, 2006.

1

1    3. Within thirty-five (35) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

        c. One completed USM-285 form for each defendant listed in number 3 above; and

        d. 4 copies of the endorsed complaint filed January 27, 2006.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

/////

DATED:  December 12, 2007        /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD RAY McCLELLAND,

     Plaintiff,           1:06-CV-00085ALA P

  vs.

H. SANTOS, et al.,

     Defendants.         NOTICE OF SUBMISSION

                                                     OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 forms

        _____ copies of the _____
                                 Complaint/Amended Complaint

DATED:

                                                _____
                                                Plaintiff