1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BERNARD RAY McCLELLAND,

11          Plaintiff,                    1:06-CV-00085ALA P

12          vs.

13   H. SANTOS, et al.,                   ORDER DIRECTING SERVICE
                                          BY THE UNITED STATES MARSHAL
14          Defendants.                   WITHOUT PREPAYMENT OF COSTS

15   _____/

16          Plaintiff Bernard McClelland is a state prisoner proceeding pro se and in forma pauperis

17   with this civil rights action pursuant to 42 U.S.C. § 1983.  The court previously ordered Plaintiff

18   to provide information for service of process on form USM-285, sufficient copies of the

19   complaint for service, and a notice of compliance.  Plaintiff has filed the required papers.

20   /////

21          Accordingly, IT IS HEREBY ORDERED that:

22   1.  The Clerk of the Court is directed to forward the following documents to the United States

23   Marshal:

24                (1)     One completed and issued summons for each defendant to be

25                        served;

26                (2)     One completed USM-285 form for each defendant to be served;

1

1          (3)     One copy of the complaint filed on May 10, 2007 for <u>each</u>

2                defendant to be served, plus an extra copy for the Marshal;

3          (4)     One copy of this order for <u>each</u> defendant to be served, plus an

4                extra copy for the Marshal;

5          (5)     One copy of the court's consent form for <u>each</u> defendant to be

6                served.

7 2.  Within ten days from the date of this order, the United States Marshal is directed to notify the

8 following defendants of the commencement of this action and to request a waiver of service in

9 accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

10          a.  H. Santos

11          b.  M. Taylor

12          c.  T. Traynham

13 3.  The U.S. Marshal is directed to retain the summons and a copy of the complaint in their file

14 for future use.

15 4.  The United States Marshal shall file returned waivers of service as well as any requests for

16 waivers of service that are returned as undelivered as soon as they are received.

17 5.  If a waiver of service is not returned by a defendant within sixty days of the date of mailing

18 the request for waiver, the United States Marshal shall:

19          a.  Personally serve process and a copy of this order upon the defendant

20                pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C.

21                § 566(c) and shall command all necessary assistance from the California

22                Department of Corrections (CDC) to execute this order.  The United

23                States Marshal shall maintain the confidentiality of all information

24                provided by the CDC pursuant to this order.

25          b.  Within ten days after personal service is effected, the United States

26                Marshal shall file the return of service for the defendant, along with

1    evidence of any attempts to secure a waiver of service of process and of

2    the costs subsequently incurred in effecting service on said defendant.

3    Said costs shall be enumerated on the USM-285 form and shall include the

4    costs incurred by the Marshal's office for photocopying additional copies

5    of the summons and complaint and for preparing new USM-285 forms, if

6    required.  Costs of service will be taxed against the personally served

7    defendant in accordance with the provisions of FED. R. CIV. P. 4(d)(2).

8    6.  In the event that defendants make an appearance in this action by filing an

9    answer, dispositive motion, or other pleading, the U.S. Marshals Service need not personally

10   serve those defendants.

11   7.  In the event that defendants either waive service or are personally served,

12   defendants are required to reply to the complaint.  42 U.S.C. §1997e(g)(2).

13   /////

14   DATED: January 14, 2008

15   /s/ Arthur L. Alarcón
     UNITED STATES CIRCUIT  JUDGE
16   Sitting by Designation

17

18

19

20

21

22

23

24

25

26