IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD RAY McCLELLAND,

     Plaintiff,                   1:06-CV-00085ALA P

     vs.

H. SANTOS, et al.,

     Defendants.          <u>ORDER</u>

_____/

     Plaintiff Bernard McClelland is a state prisoner proceeding pro se. On March 18, 2008, defendants filed a motion to dismiss. The court requests plaintiff file a response prior to issuing a ruling.

     Therefore, IT IS HEREBY ORDERED that plaintiff file a response to defendant's March 18, 2008, motion to dismiss within twenty-one (21) days of the date of this order.

/////

DATED: March 20, 2008

                                           /s/ Arthur L. Alarcón
                                           UNITED STATES CIRCUIT JUDGE
                                           Sitting by Designation