IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **BERNARD RAY McCLELLAND,**<br><br>                                          Plaintiff,<br><br>v.<br><br>**H. SANTOS, et al.,**<br><br>                                          Defendants. | No. 1:06-CV-0085 OWW WMW (PC)<br><br>**ORDER GRANTING EXTENSION OF TIME FOR FILING OF DEFENDANTS' RESPONSIVE PLEADING TO AMENDED COMPLAINT** |

Defendants Santos, Taylor, and Traynham move this Court ex parte, under Local Rule 6-144(c), for a thirty-day extension to file their responsive pleading to the Amended Complaint.  Good cause appearing,

IT IS ORDERED that Defendants' application is granted.  Defendants shall file their responsive pleading(s) on or before July 14, 2008.

IT IS SO ORDERED.


IT IS SO ORDERED.

Dated:   **June 16, 2008**           _____/s/  William M. Wunderlich_____
                                                                  UNITED STATES MAGISTRATE JUDGE