IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD RAY McLELLAND,

    Plaintiff,        1: 06 CV 0085 AWI WMW PC

  vs.               ORDER RE MOTION (DOC 26)

H. SANTOS, et al.,

    Defendants.

    Plaintiff has filed a request for the entry of default in this action. Defendants have timely appeared in this action by motion to dismiss. Plaintiff's request is without merit.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for the entry of default is denied.

IT IS SO ORDERED.

**Dated:   September 4, 2008**          /s/  William M. Wunderlich
                                              UNITED STATES MAGISTRATE JUDGE